No. 10–5659.  IN RE DEL RIO; and

No. 10–5684.  IN RE SHOVE.  Petitions for writs of mandamus denied.

No. 10–5886.  IN RE DAVIDSON.  Petition for writ of mandamus and/or prohibition denied.

No. 09–1227.  BOND *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari granted.

No. 09–1454.  CAMRETA *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL.; and

No. 09–1478.  ALFORD, DEPUTY SHERIFF, DESCHUTES COUNTY, OREGON *v.* GREENE, PERSONALLY AND AS NEXT FRIEND OF S. G., A MINOR, ET AL.  C. A. 9th Cir.  Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.

No. 09–1476.  BOROUGH OF DURYEA, PENNSYLVANIA, ET AL. *v.* GUARNIERI.  C. A. 3d Cir.  Certiorari granted.

No. 09–1533.  DEPIERRE *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari granted.

No. 10–6.  GLOBAL-TECH APPLIANCES, INC., ET AL. *v.* SEB S. A.  C. A. Fed. Cir.  Certiorari granted.

No. 10–72.  MADISON COUNTY, NEW YORK, ET AL. *v.* ONEIDA INDIAN NATION OF NEW YORK.  C. A. 2d Cir.  Motion of Citizens Equal Rights Foundation et al. for leave to file a brief as *amici curiae* granted.  Certiorari granted.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion and this petition.

No. 09–1442.  DENALI, L. L. C., ET AL. *v.* UTAH STATE TAX COMMISSION ET AL.  Sup. Ct. Utah.  Certiorari denied.